**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**DONALD E. ROLAND**                                                                      **PLAINTIFF**

**v.**                              **Civil No. 08-5213**

**SHERIFF KEITH FERGUSON;
DR. HUSKINS, Jail Doctor; and
NURSE MARSHA SMITH, Jail Nurse**                                         **DEFENDANTS**

### O R D E R

Now on this 21st day of August, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marscheweski** (document #25, filed July 20, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Motion to Dismiss (Doc. 23) is hereby granted and this case is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                                    **/s/Jimm Larry Hendren
                                                                    HON. JIMM LARRY HENDREN
                                                                    UNITED STATES DISTRICT JUDGE**